Brian R. Morris, Esq.
Nevada Bar No. 5431
5455 South Fort Apache Road, # 108-151
Las Vegas, Nevada 89148
(702) 389-3974
(775) 313-0876 (Fax)
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL KAYLOR,<br><br>                            Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada, KEVIN KAROSICH, an individual, MARIA PENCE, an individual, CAESARS ENTERTAINMENT CORPORATION, a foreign corporation, doing business as HARRAH'S LAKE TAHOE and HARVEYS' LAKE TAHOE,<br><br>                            Defendants. | CASE NO.  3:14-cv-00651-MMD-WGC |

## STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO OPPOSE DEFENDANTS MOTION FOR SUMMARY JUDGMENT
### (First Request as to ECF No. 43; Third Request Overall)

COMES NOW Plaintiff, PAUL KAYLOR, and Defendants, DOUGLAS COUNTY, MARIA PENCE, KEVIN KAROSICH, LUKE O'SULLIVAN, BILL COLEMAN, and PHILIP LESQUEREUX, by and through their respective undersigned counsel, and hereby stipulate and agree that the deadline for Plaintiff to oppose Defendants' motion for summary judgment (ECF No. 43) shall be continued for a period of 30 days from **May 7, 2018**, to **June 6, 2018**. This is Plaintiff's first extension of time to oppose the motion for summary judgment.

The parties further stipulate and agree that this stipulation is entered into in good faith

- 1 -

and not for the purposes of unnecessary delay and that neither party will be prejudiced by order of the Court approving the proposed stipulation.

Dated:  This 7th day of May, 2018.

By: ___/s/ Brian Morris_____
    Brian Morris, Esq.
    State Bar No. 5431
    5455 S Fort Apache Rd, Ste 108-151
    Las Vegas, Nevada 89148
    (702) 389-3974
    bmorris@lawforthepeople.com
    Attorney for Plaintiff

Dated:  This 7th day of May, 2018.

THORNDAL ARMSTRONG
DELK BALKENBUSH & EISINGER

By:___/s/ Katherine Parks_____
    Katherine F. Parks, Esq.
    State Bar No. 6227
    6590 S. McCarran Blvd., Suite B
    Reno, Nevada 89509
    (775) 786-2882
    kfp@thorndal.com
    Attorneys for Defendants

## ORDER

IT IS SO ORDERED

DATED: __May 8, 2018_____, 2018.

_____
UNITED STATES DISTRICT  JUDGE