Brian R. Morris, Esq.
Nevada Bar No. 5431
5455 S Fort Apache Rd #108-151
Las Vegas, Nevada 89148
(702) 389-3974
brmorris@lawforthepeople.com
Attorney for Plaintiff Paul Kaylor

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL KAYLOR,<br><br>    Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada, KEVIN KAROSICH, an individual, MARIA PENCE, an individual, CAESARS ENTERTAINMENT CORPORATION, a foreign corporation, doing business as HARRAH'S LAKE TAHOE and HARVEYS' LAKE TAHOE,<br><br>    Defendants. | Case No. 3:14-cv-00651-MMD-WGC<br><br>**STIPULATION FOR EXTENSION OF TIME TO OPPOSE MOTION FOR SUMMARY JUDGMENT**<br>**(Second Request)** |

    Pursuant to Local Rule IA 6-1, the parties, by and through their respective undersigned counsel, hereby stipulate and agree to an extension of time for Plaintiff to oppose Defendant's Motion for Summary Judgment (ECF No. 43). Said motion was filed on April 16, 2018. The original deadline for filing the Opposition to Defendant's Motion for Summary Judgment was May 7, 2018. Plaintiff previously requested a 30 day extension to oppose said motion - which was granted. (ECF No. 44). This extended deadline is today, June 6, 2018. Despite diligence on working on the Opposition, Plaintiff has not been able to complete it and desires an additional fourteen (14) day extension to oppose the motion for summary judgment. For these reasons, the parties stipulate for

///

///

///

///

1

Plaintiff to have an additional fourteen days from today in which to file his Opposition.

Dated this 6th day of June, 2018.                    Dated this 6th day of June, 2018.

                                                              THORNDAL ARMSTRONG
                                                              DELK BALKENBUSH & EISINGER

By: /s/ Brian Morris                    By: /s/ Katherine Parks
    Brian Morris, Esq.                        Katherine F. Parks, Esq.
    State Bar No. 5431                         State Bar No. 6227
    5455 S Fort Apache Rd, Ste 108-151          6590 S. McCarran Blvd., Suite B
    Las Vegas, Nevada 89148                     Reno, Nevada 89509
    (702) 389-3974                              (775) 786-2882
    bmorris@lawforthepeople.com                 kfp@thorndal.com
    Attorney for Plaintiff                      Attorneys for Defendants

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE


~~UNITED STATES MAGISTRATE JUDGE~~

DATED: June 6, 2018