Brian R. Morris, Esq.
Nevada Bar No. 5431
5455 S Fort Apache Rd #108-151
Las Vegas, Nevada 89148
(702) 389-3974
brmorris@lawforthepeople.com
Attorney for Plaintiff Paul Kaylor

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL KAYLOR,<br>                 Plaintiff,<br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada, KEVIN KAROSICH, an individual, MARIA PENCE, an individual, CAESARS ENTERTAINMENT CORPORATION, a foreign corporation, doing business as HARRAH'S LAKE TAHOE and HARVEYS' LAKE TAHOE,<br><br>                 Defendants. | Case No. 3:14-cv-00651-MMD-WGC<br><br>**STIPULATION FOR EXTENSION OF TIME TO OPPOSE MOTION FOR SUMMARY JUDGMENT**<br>**(Third Request)** |

Pursuant to Local Rule IA 6-1, the parties, by and through their respective undersigned counsel, hereby stipulate and agree to an extension of time for Plaintiff to oppose Defendant's Motion for Summary Judgment (ECF No. 43). Said motion was filed on April 16, 2018. The original deadline for filing the Opposition to Defendant's Motion for Summary Judgment was May 7, 2018. Plaintiff previously requested a 30 day extension to oppose said motion - which was granted. (ECF No. 44 and 45). This extended the deadline to June 6, 2018. Plaintiff requested an additional two weeks through a Stipulation. (ECF No. 46). This was granted creating a new deadline of tomorrow (June 20, 2018). (ECF No. 47). Due to the complexity of the issues and the interrelation of complex issues, Plaintiff still has not been able to completely and fully address the issues raised in the motion for summary judgment despite diligently working on it. Plaintiff thus is requesting another two (2) week extension from June 20, 2018 to July 5, 2018 (with July 4 being a holiday). For these reasons,

///

1

the parties stipulate for Plaintiff to have until July 5, 2018 in which to file his Opposition.

Dated this 19th day of June, 2018.

By: ___/s/ Brian Morris_____
   Brian Morris, Esq.
   State Bar No. 5431
   5455 S Fort Apache Rd, Ste 108-151
   Las Vegas, Nevada 89148
   (702) 389-3974
   bmorris@lawforthepeople.com
   Attorney for Plaintiff

Dated this 19th day of June, 2018.

THORNDAL ARMSTRONG
DELK BALKENBUSH & EISINGER

By: ___/s/ Katherine Parks_____
   Katherine F. Parks, Esq.
   State Bar No. 6227
   6590 S. McCarran Blvd., Suite B
   Reno, Nevada 89509
   (775) 786-2882
   kfp@thorndal.com
   Attorneys for Defendants

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

~~UNITED STATES MAGISTRATE JUDGE~~

DATED: __June 20, 2018__