Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL KAYLOR,<br><br>  Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada, KEVIN KAROSICH, an individual, MARIA PENCE, an individual, CAESARS ENTERTAINMENT CORPORATION, a foreign corporation, doing business as HARRAH'S LAKE TAHOE and HARVEYS' LAKE TAHOE,<br><br>  Defendants. | CASE NO. 3:14-cv-00651-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS' TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [ECF 43]** |

COMES NOW Plaintiff, PAUL KAYLOR, and Defendants, DOUGLAS COUNTY, MARIA PENCE, KEVIN KAROSICH, LUKE O'SULLIVAN, BILL COLEMAN, and PHILIP LESQUEREUX, by and through their respective undersigned counsel, and hereby stipulate and agree that the Defendants' shall have an extension of time from July 19, 2018, to and including **August 3, 2018**, in which to file their reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment [ECF 51], which was filed on July 5, 2018. Defendants' filed their Motion for Summary Judgment [ECF 43] on April 16, 2018. This is the first request for an extension of time for Defendants' to file their reply in support of Defendants' Motion for Summary Judgment.

The parties further stipulate and agree that this stipulation is entered into in good faith

- 1 -

and not for the purposes of unnecessary delay and that neither party will be prejudiced by order of the Court approving the proposed stipulation.

This two week extension of time is requested based upon the subject matter of the Defendants' motion (involving multiple individual defendants, a municipal defendant, and multiple constitutional claims) and other matters that have been pending, and are, on defense counsel's calendar.

Dated: This 12th day of July, 2018.

By: /s/ Brian Morris
    Brian Morris, Esq.
    State Bar No. 5431
    5455 S Fort Apache Rd, Ste 108-151
    Las Vegas, Nevada 89148
    (702) 389-3974
    bmorris@lawforthepeople.com
    Attorneys for Plaintiff
    *Paul Kaylor*

Dated: This 12th day of July, 2018.

THORNDAL ARMSTRONG
DELK BALKENBUSH & EISINGER

By: /s/ Katherine Parks
    Katherine F. Parks, Esq.
    State Bar No. 6227
    6590 S. McCarran Blvd., Suite B
    Reno, Nevada 89509
    (775) 786-2882
    kfp@thorndal.com
    Attorneys for Defendants

**ORDER**

IT IS SO ORDERED

DATED: July 12, 2018.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE