Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PAUL KAYLOR,

                     Plaintiff,

vs.

DOUGLAS COUNTY, a political subdivision of the State of Nevada, KEVIN KAROSICH, an individual, MARIA PENCE, an individual, CAESARS ENTERTAINMENT CORPORATION, a foreign corporation, doing business as HARRAH'S LAKE TAHOE and HARVEYS' LAKE TAHOE,

                     Defendants.

CASE NO. 3:14-cv-00651-MMD-WGC

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS' TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [ECF 43] (SECOND REQUEST)**

COMES NOW Plaintiff, PAUL KAYLOR, and Defendants, DOUGLAS COUNTY, MARIA PENCE, KEVIN KAROSICH, LUKE O'SULLIVAN, BILL COLEMAN, and PHILIP LESQUEREUX, by and through their respective undersigned counsel, and hereby stipulate and agree that the Defendants' shall have an additional extension of time from **August 3, 2018**, to and including **August 17, 2018**, in which to file their reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment [ECF 51], which was filed on July 5, 2018. Defendants previously requested a two week extension to file their reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment which was granted by the Court. [ECF No. 57].

- 1 -

Defendants filed their Motion for Summary Judgment [ECF 43] on April 16, 2018. As noted, Plaintiff filed his opposition to the motion on July 5, 2018. This is the second request for an extension of time for Defendants' to file their reply in support of Defendants' Motion for Summary Judgment.

The parties further stipulate and agree that this stipulation is entered into in good faith and not for the purposes of unnecessary delay and that neither party will be prejudiced by order of the Court approving the proposed stipulation.

This additional one week extension of time is requested based upon the subject matter of the Defendants' motion (involving multiple individual defendants, a municipal defendant, and multiple constitutional claims) and other matters pending on defense counsel's calendar.

Dated: This 31st day of July, 2018.   Dated: This 31st day of July, 2018.

                                                  THORNDAL ARMSTRONG
                                                  DELK BALKENBUSH & EISINGER

By: /s/ Brian Morris                    By: /s/ Katherine Parks
    Brian Morris, Esq.                         Katherine F. Parks, Esq.
    State Bar No. 5431                         State Bar No. 6227
    5455 S Fort Apache Rd, Ste 108-151         6590 S. McCarran Blvd., Suite B
    Las Vegas, Nevada 89148                    Reno, Nevada 89509
    (702) 389-3974                             (775) 786-2882
    bmorris@lawforthepeople.com                kfp@thorndal.com
    Attorneys for Plaintiff                    Attorneys for Defendants
    *Paul Kaylor*

**ORDER**

IT IS SO ORDERED

DATED: August 1, 2018.

_____
DISTRICT COURT JUDGE