**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: Jeffrey A. Dickerson<br>Attorney at Law, Bar No. 2690 | Case Nos.: 2:17-cv-02486-GMN;<br>3:14-cv-00651-MMD-WGC<br><br>**REPORT AND RECOMMENDATION** |

On December 12, 2018, the undersigned received electronic correspondence from Mr. Paul Allen Kaylor ("Mr. Kaylor") regarding attorney Jeffrey A. Dickerson ("Mr. Dickerson") and his legal representation of Mr. Kaylor in the case, *Kaylor v. Douglas County*, 3:14-cv-00651-MMD-WGC. In the correspondence, Mr. Kaylor states, *inter alia*, that Mr. Dickerson made several misrepresentations regarding the status of his law license, practiced law while on suspension, and collected thousands of dollars in legal fees from Mr. Kaylor. Correspondence, *Kaylor v. Douglas Cty.*, 3:14-cv-00651-MMD-WGC (D. Nev. Dec. 12, 2018), (ECF Nos. 65, 65-1, 65-2, 65-3, 65-4, 65-5, 65-6).

When a district judge "believes an attorney's conduct may warrant disbarment, reprimand, or other discipline by this court," the judge "may issue a written report and recommendation for the initiation of disciplinary proceedings." L.R. IA 11-7(g)(1). Where the Chief Judge is the judge recommending this action be taken, another district judge (the "reviewing judge") must review the recommendation to determine if clear and convincing evidence exists for the initiation of disciplinary proceedings. *Id.* If the reviewing judge determines that disciplinary proceedings should be initiated, the reviewing judge must issue an order to show cause under this rule that identifies the basis for and nature of possible discipline. *Id.*

In light of the December 12, 2018 correspondence and accompanying attachments, the undersigned "believes [Mr. Dickerson's] conduct may warrant disbarment . . . ." *Id.*[1]

Accordingly,

**IT IS HEREBY RECOMMENDED** that disbarment proceedings be initiated against Jeffrey A. Dickerson, Nevada State Bar No. 2690.

**DATED** this __27__ day of December, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

---

[1] As a result of prior disciplinary proceedings, Mr. Dickerson has been suspended from the practice of law in the United States District Court for the District of Nevada since July 3, 2014. Order of Suspension, *In re: Jeffrey Dickerson, Attorney at Law, Nevada Bar No. 2690*, 2:17-cv-02486-GMN (D. Nev. July 3, 2014), (ECF No. 5). Given that Mr. Dickerson is already suspended, it is recommended that Mr. Dickerson be disbarred.