Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL KAYLOR,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada, KEVIN KAROSICH, an individual, MARIA PENCE, an individual, SGT. LESQUEREAUX, an individual, DEPUTY B. COLEMAN, an individual, and DEPUTY O'SULLIVAN, an individual,<br><br>　　　　　　Defendants. | CASE NO. 3:14-cv-00651-MMD-WGC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff, PAUL ALLEN KAYLOR, in the proper person, and Defendants, DOUGLAS COUNTY, MARIA PENCE, KEVIN KAROSICH, PHIL LESQUEREUX, BILL COLEMAN, and LUKE O'SULLIVAN, by and through their attorneys of record, Thorndal Armstrong Delk Balkenbush & Eisinger, and hereby stipulate that the above-

///
///
///
///
///

- 1 -

entitled matter may be dismissed with prejudice in its entirety and each party to bear their own costs and attorney's fees.

| DATED this 2ND day of July, 2019. | DATED this 1st day of July, 2019. |
|---|---|
| | THORNDAL ARMSTRONG<br>DELK BALKENBUSH & EISINGER |
| BY: /s/ Paul Allen Kaylor<br>Paul Allen Kaylor<br>9244 Woodcrest Road<br>Pittsburgh, PA 15237 | By: /s/ Katherine F. Parks<br>Katherine F. Parks, Esq.<br>State Bar No. 6227<br>6590 S. McCarran Blvd, Suite B<br>Reno, Nevada 89509<br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

DATED: __July 15_____, 2019

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE